IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TRAVIS AND MICHELLE VAIL**,<br><br>        Plaintiffs,<br><br>    v.<br><br>**COUNTRY MUTUAL INSURANCE COMPANY**,<br><br>        Defendant. | Case No. 2:13-cv-02029-SI<br><br>**JUDGMENT** |

This action was tried by a jury commencing on November 18, 2015, with Judge Michael H. Simon presiding. The jury has rendered a verdict. Plaintiffs Travis and Michelle Vail shall recover:

(1)    damages in the sum of $11,049.00;

(2)    costs and reasonable attorney's fees to be determined by the Court;

(3)    pre-Judgment simple interest at an annual rate of nine percent in an amount to be determined by the Court; and

(4)    post-Judgment simple interest at an annual rate of 0.49 percent on all damages, pre-Judgment interest, fees, and costs from the date of this Judgment until paid.

**IT IS SO ORDERED**.

DATED this 24th day of November, 2015.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT